PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>IVAN SIGMOND<br><br>                    Defendant. | No. 1:20-CR-00160-DAD-BAM<br><br><br>PROTECTIVE ORDER |

   Application having been made to this court by the United States of America for an order pursuant to Fed. R. Crim. P. 16(d) to disclose a portion of a Search Warrant Affidavit ordered sealed by the Fresno County Superior Court (referred to hereinafter as the "Subject Portion of the Affidavit"), in the above-entitled matter with the proposed redactions submitted as "Attachment C," (Sealed Doc. 41, ECF page no. 12-13) and good cause having been shown by the United States in its motion as required by Fed. R. Crim. P. 16(d)(1),

   IT IS HEREBY ORDERED that the redacted version of the Subject Portion of the Affidavit submitted as "Attachment C," for *ex parte*, *in camera* review, may be disclosed to defense counsel for use in the above-captioned matter.

   IT IS FURTHER ORDERED THAT any retained or appointed defense counsel and staff, including but not limited to investigators and outside assistants, shall not discuss the contents of the redacted version of the Subject Portion of the Affidavit with the defendant, and shall not

provide a copy of the redacted version of the Subject Portion of the Affidavit to the defendant. No copies may be given to any third party who is not a member of defendant's retained or appointed defense counsel or staff or hired as defense investigators or outside assistants.

    IT IS FURTHER ORDERED that this Order be served on anyone in the aforementioned class who will view a copy of the redacted version of the Subject Portion of the Affidavit.

    The Defendant's Motion to Unseal (Doc. 35) is DENIED, without prejudice.

IT IS SO ORDERED.

Dated: **June 23, 2022**         /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE