1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           CASE NO.  1:20-CR-00160-ADA-BAM

12                       Plaintiff,      STIPULATION TO CONTINUE STATUS
                                         CONFERENCE AND EXCLUDE TIME PERIODS
13              v.                       UNDER THE SPEEDY TRIAL ACT; ORDER

14  IVAN SIGMOND,
                                         DATE: November 8, 2023
15                       Defendant.      TIME: 1:00 p.m.
                                         COURT: Hon. Barbara A. McAuliffe
16

17        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18  through defendant's counsel of record, hereby stipulate as follows:

19        1.      By previous order, this matter was set for a status conference on November 8, 2023.

20        2.      The parties hereby request that the Court continue status conference to January 10, 2024,

21  at 1 p.m. and exclude time between November 8, 2023, and January 10, 2024, under 18 U.S.C.

22  § 3161(h)(7)(A), B(iv) [Local Code T4].

23        3.      The parties agree and stipulate, and request that the Court find the following:

24              a)      The parties continue to conduct investigation and engage in plea discussions and

25  believe that a continuance is necessary to effectuate a potential resolution. In particular, counsel

26  for the defendant would like to explore his sentencing options and arguments in more detail

27  before committing to a change of plea.

28              b)      Counsel for defendant believes that failure to grant the above-requested

STIPULATION                                    1

continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)     The government does not object to the continuance.

d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 8, 2023, to January 10, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 23, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated:  October 23, 2023

/s/ DAVID BALAKIAN
DAVID BALAKIAN Counsel
for Defendant IVAN SIGMOND

STIPULATION

2

### ORDER

The Stipulation for a continuance is DENIED. Accordingly, the November 8, 2023 at 1:00 p.m. status conference will remain on calendar.  Counsel are directed to meet and confer and select a mutually convenient date for trial to be discussed at the next hearing date. Alternatively, the parties may stipulate to the trial date, with an appropriate exclusion of time.

IT IS SO ORDERED.

Dated:    **October 24, 2023**              /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE