PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> IVAN SIGMOND, <br><br> Defendant. | CASE NO. 1:20-CR-00160-NODJ-BAM <br><br> STIPULATION TO SET FOR CHANGE OF PLEA; ORDER <br><br> DATE: March 12, 2024 <br> TIME: 8:30 a.m. <br> COURT: Hon. NODJ |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on March 12, 2024.

2. Having reached a plea agreement, the parties hereby request that the Court vacate the trial date and set the matter for a change of plea on February 12, 2024, at 11:00 a.m. There is no need to exclude time since time was previously excluded to and through March 12, 2024.

IT IS SO STIPULATED.

Dated: December 27, 2023                        PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ KAREN A. ESCOBAR
                                                KAREN A. ESCOBAR
                                                Assistant United States Attorney

STIPULATION                                     1

Dated:  December 27, 2023

/s/ DAVID BALAKIAN
DAVID BALAKIAN Counsel
for Defendant IVAN SIGMOND

**ORDER**

The matter is hereby scheduled for a change of plea on February 12, 2024, at 8:30 a.m. in Courtroom 5 before No District Court Judge  The previously scheduled jury trial set for March 12, 2024 and trial confirmation set for February 26, 2024, are hereby VACATED.

IT IS SO ORDERED.

Dated:  **December 28, 2023**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION

2