PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00160-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| IVAN SIGMOND, | DATE: May 20, 2024 |
| Defendant. | TIME: 8:30 a.m.<br>COURT: Hon. NODJ |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 20, 2024.

2. The parties hereby request that the Court continue the sentencing to July 29, 2024, to accommodate the defense. Counsel for the defendant is currently involved in a homicide trial, which is expected to end next week. Counsel for the defendant further indicated that he wishes to obtain a mental health assessment of his client to address appropriate Section 3553(a) factors at sentencing.

IT IS SO STIPULATED.

Dated: May 8, 2024                                 PHILLIP A. TALBERT
                                                   United States Attorney

                                                   /s/ KAREN A. ESCOBAR
                                                   KAREN A. ESCOBAR
                                                   Assistant United States Attorney

STIPULATION                                        1

Dated: May 8, 2024

/s/ DAVID BALAKIAN
DAVID BALAKIAN Counsel
for Defendant IVAN SIGMOND

## ORDER

In light of the foregoing, the sentencing in this matter is continued from May 20, 2024, to **July 29, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **May 9, 2024**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE